# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 30, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

132043(67)

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

MAURICE ANTHONY NEWSON,
    Defendant-Appellant.

SC: 132043
COA: 259715
Bay CC: 04-010314-FC

_____/

      On order of the Court, the motion for reconsideration of this Court's February 27, 2007 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 30, 2007

Clerk

d0521